**Petition for Writ of Mandamus Denied and Memorandum Opinion filed March 21, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00397-CV

---

## IN RE RAYMOND CHOATE AND KELLY MALLADY, Relators

---

**ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1180192**

---

## MEMORANDUM OPINION

Relators Raymond Choate and Kelly Mallady filed a joint petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Audrie Lawton-Evans, presiding judge of the County Civil Court at Law No. 1 of Harris County, to vacate the trial court's April 12, 2022 order compelling relator Raymond Choate's examination under oath.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Poissant.